| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Steven R. Neuner, Esq<br>**Neuner and Ventura LLP**<br>Willow Ridge Executive Office Park<br>750 Route 73 South-Suite 210<br>Marlton, NJ 08053-4133<br>(856) 596-2828<br>sneuner@nv-njlaw.com<br>Attorneys for Nadine Grassi | |
| **In re: John G. Costantino** | Case No. 18-3301/ABA<br><br>Chapter 7<br><br>Judge: Hon. Andrew B Altenburg |
| Andrew Sklar, Trustee<br>v<br>Nadine Grassi and<br>Brian Costantino, Executor of the Estate of Joseph Spadoro | Adv. No 19-02292 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Nadine Grassi in the above captioned adversary proceeding. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

> Steven R. Neuner, Esq.
> Neuner and Ventura LLP
> Willow Ridge Executive Office Park
> 750 Route 73 South, Suite 210
> Marlton, NJ 08053-4133
> (856) 596-2828
> sneuner@nv-njlaw.com

After January 17, 2020, our address will be

High Ridge Commons

200 Haddonfield-Berlin Road, Suite 300
Gibbsboro, NJ 08026

(Voice number and email remain unchanged)

    [x] All notices entered pursuant to Fed. R. Bankr. P. 2002.

    [x]  All documents and pleadings of any nature in this adversary.

**Neuner and Ventura LLP**
Attorneys for Nadine Grassi



By*:  /s/  Steven R. Neuner, Esq.*
   Steven R. Neuner, Esq.
Dated: January 7, 2020

[I:\WP\srn\GrassiN\entry of appearance.wpd]