## Andrea Dobin

| | |
|---|---|
| **From:** | Brooks, Gilbert L. <GBrooks@duanemorris.com> |
| **Sent:** | Monday, February 17, 2020 6:08 PM |
| **To:** | Steven Neuner |
| **Cc:** | John F.X. Fenerty, Jr., Esquire (jfxf@MyLawyer.net); Andrea Dobin |
| **Subject:** | RE: Sklar v Grassi- proposed settlement agreement. |
| **Attachments:** | Costantino Global Settlement Release.PDF; Costantino Global Settlement Release.DOCX |

Mr. Neuner and Ms. Dobin,
    Attached hereto is a proposed Settlement Agreement in connection with the inheritance due John Costantino in connection with the Estate of Joseph Spadaro, as same is dealt with in the April 24, 2019 Order entered in the matrimonial matter between Mr. Costantino and Nadine Grassi, as well as the adversary proceeding related to the inheritance brought by the Chapter 7 trustee against Ms. Grassi and the Estate. Would you kindly review same and let me know if you have any comments. If acceptable, please execute the signature page or have the signature page executed by your client where indicated and return same to me electronically. I will then have the Executor sign the Settlement Agreement and circulate a fully executed copy to all parties. Thank you.
    Gil



Gilbert L. Brooks
Partner

Duane Morris LLP
1940 Route 70 East, Suite 100
Cherry Hill, NJ 08003-2171

P: +1 856 874 4204
F: +1 856 874 4364
C: +1 609 605 0531

E-MAIL | BIO | VCARD

---

**From:** Steven Neuner <sneuner@nv-njlaw.com>
**Sent:** Monday, February 17, 2020 10:51 AM
**To:** Herrold, Gregory D. <GDHerrold@duanemorris.com>
**Cc:** Brooks, Gilbert L. <GBrooks@duanemorris.com>; John F.X. Fenerty, Jr., Esquire (jfxf@MyLawyer.net) <jfxf@MyLawyer.net>; Andrea Dobin Esquire (adobin@msbnj.com) <adobin@msbnj.com>
**Subject:** Sklar v Grassi- no settlement agreement.

Mr. Herrold:
I still have not received the promised settlement agreement and release which was promised last week.
Please advise when we can see that so as to move forward.

_____
# Steven R. Neuner Esq.
**Certified Business Bankruptcy Specialist**
(American Board of Certification)
## *Neuner & Ventura LLP*
High Ridge Commons
200 Haddonfield-Berlin Road (County Road 561 and Victor Blvd)
Suite 300

Gibbsboro, NJ 08026
856.596.2828
Reply to : sneuner@nv-njlaw.com
website:    www.nv-njlaw.com
Blog:       http://www.nv-njlaw.com/bankruptcy-blog

_____

This entire electronic mail message and any continued threads or exchanges ("e-mail") contains private information. Receipt by anyone other than a named addressee does not waive the e-mail's confidential nature. If you are not this e-mail's intended recipient, please immediately notify us and remove this e-mail from your record-keeping facilities.

This e-mail does not waive service of process or acknowledge personal jurisdiction regarding any disputed matter without a formal appearance by counsel and a concurrent waiver imposed by stipulation or court rule.

Our client communications are protected from involuntary disclosure: (1) by the rules of evidence and procedure adopted by all state and federal courts in the United States (including Fed. R. Evid. 501-502); (2) by the Electronic Communications Privacy Act (18 U.S.C. §§ 2510-2522); and (3) by the Hague Convention of March 18, 1970 (ratified by Congress at 28 U.S.C. § 1781). However, receiving this e-mail does not form an attorney-client relationship with us in the absence of a separate agreement to do so.

This Disclosure may be required by Circular 230 issued by the Department of Treasury and the Internal Revenue Service. If this e-mail, including any attachments, contains any federal tax advice, such advice is not intended or written by the practitioner to be used, and it may not be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer. Furthermore, any federal tax advice herein (including any attachment hereto) may not be used or referred to in promoting, marketing or recommending a transaction or arrangement to another party. Further information concerning this disclosure, and the reasons for such disclosure, may be obtained upon request from the author of this e-mail.

IF THIS EMAIL CONTAINS INFORMATION ABOUT BANKRUPTCY: please note that we are Bankruptcy Attorneys and assist people in obtaining debt relief through the Bankruptcy Code. Further information can be found at our website

_____

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.