**Andrea Dobin**

| | |
|---|---|
| **From:** | Brooks, Gilbert L. <GBrooks@duanemorris.com> |
| **Sent:** | Thursday, February 27, 2020 6:18 PM |
| **To:** | sneuneresq@comcast.net; Herrold, Gregory D.; John F.X. Fenerty, Jr., Esquire |
| **Cc:** | Andrea Dobin |
| **Subject:** | RE: Sklar v Grassi settlement agreement |
| **Attachments:** | Family Division Manager ltr.pdf; Motion to Intervene and Motion for Further Order of the Court.pdf; Brief in Support of Motion.pdf; Order.pdf; Gilbert Brooks Certification.pdf; Brian Costantino Certification.pdf; Certification of Service.pdf |

Steve,

In light of the docketed child support judgment and the clear legal requirements imposed upon the Estate by *N.J.S.A.* 2A:17-56.23b, we have determined that a settlement agreement as previously discussed is not possible. The Estate has filed the attached motion today and you a hard copy of all documents will be sent to you by mail. Thank you.

Gil

**From:** sneuneresq@comcast.net <sneuneresq@comcast.net>
**Sent:** Wednesday, February 26, 2020 4:09 PM
**To:** Brooks, Gilbert L. <GBrooks@duanemorris.com>; Herrold, Gregory D. <GDHerrold@duanemorris.com>; John F.X. Fenerty, Jr., Esquire <jfxf@MyLawyer.net>
**Cc:** Andrea Dobin Esquire <adobin@msbnj.com>
**Subject:** Sklar v Grassi settlement agreement

Gentlemen
I understood that Gil and his firm were going to address the objections raised to his last settlement agreement in a revised draft.
I have not seen it. Please advise when we can expect that document. Thanks.

_____

# Steven R. Neuner Esq.
Certified Business Bankruptcy Specialist
(American Board of Certification)

## *Neuner & Ventura LLP*
High Ridge Commons
200 Haddonfield-Berlin Road (County Road 561 and Victor Blvd)
Suite 300
Gibbsboro, NJ 08026
856.596.2828
Reply to : sneuner@nv-njlaw.com
website:    www.nv-njlaw.com
Blog:       http://www.nv-njlaw.com/bankruptcy-blog

_____

This entire electronic mail message and any continued threads or exchanges ("e-mail") contains private information. Receipt by anyone other than a named addressee does not waive the e-mail's confidential nature. If you are not this e-mail's intended recipient, please immediately notify us and remove this e-mail from your record-keeping facilities.

This e-mail does not waive service of process or acknowledge personal jurisdiction regarding any disputed matter without a formal appearance by counsel and a concurrent waiver imposed by stipulation or court rule.

Our client communications are protected from involuntary disclosure: (1) by the rules of evidence and procedure adopted by all state and federal courts in the United States (including Fed. R. Evid. 501-502); (2) by the Electronic Communications Privacy Act (18 U.S.C. §§ 2510-2522); and (3) by the Hague Convention of March 18, 1970 (ratified by Congress at 28 U.S.C. § 1781). However, receiving this e-mail does not form an attorney-client relationship with us in the absence of a separate agreement to do so.

This Disclosure may be required by Circular 230 issued by the Department of Treasury and the Internal Revenue Service. If this e-mail, including any attachments, contains any federal tax advice, such advice is not intended or written by the practitioner to be used, and it may not be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer. Furthermore, any federal tax advice herein (including any attachment hereto) may not be used or referred to in promoting, marketing or recommending a transaction or arrangement to another party. Further information concerning this disclosure, and the reasons for such disclosure, may be obtained upon request from the author of this e-mail.

IF THIS EMAIL CONTAINS INFORMATION ABOUT BANKRUPTCY: please note that we are Bankruptcy Attorneys and assist people in obtaining debt relief through the Bankruptcy Code. Further information can be found at our website

_____

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.